THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Terrance Black, Appellant.
 
 
 
 
 

Appeal From Lee County
Howard P. King, Circuit Court Judge

Unpublished Opinion No. 2010-UP-012
 Submitted January 4, 2010  Filed January
21, 2010  

APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle C. DuRant, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia; and Cecil Kelly Jackson, of Sumter, for
 Respondent.
 
 
 

PER CURIAM:  In August 2008, Terrance was sentenced
 to five years to run consecutively to the sentence he was already serving for
 assaulting a correctional officer.  Black's
 counsel attached to the brief a petition to be relieved as counsel stating she
 had reviewed the record and concluded this appeal lacked merit.  Black did not
 file a pro se brief.
After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] the appeal and grant counsel's petition to be relieved.
APPEAL
 DISMISSED
HUFF, A.C.J.,
 GEATHERS, J., and CURETON, A.J., concur.

[1] We decide this
 case without oral argument pursuant to Rule 215, SCACR.